## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TECHNOLOGY RISK RETENTION GROUP, INC.**,** an Arizona corporation, CORGI INSURANCE SERVICES, INC.**,** a Delaware corporation,<br><br>*Plaintiffs,*<br><br>*v.*<br><br>VOUCH, INC., a Delaware corporation, VOUCH SPECIALTY INSURANCE SERVICES, LLC**,** a Delaware limited liability company, VOUCH INSURANCE SERVICES, LLC (n/k/a CORIX INSURANCE SERVICES, LLC)**,** a Delaware limited liability company, VOUCH US INSURANCE SERVICES HOLDINGS, LLC**,** a Delaware limited liability company, VOUCH RISK MANAGEMENT SERVICES, LLC**,** a Delaware limited liability company, KELLY WULFF**,** an individual, AUGMENTA ADVISORY, LLC, a Delaware limited liability company,<br><br>*Defendants.* | C.A. No. 26-426-UNA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL OF DEFENDANT

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Technology Risk Retention Group, Inc. and Corgi Insurance Services, Inc. ("Plaintiffs") hereby dismiss without prejudice all claims against Defendant Vouch Insurance Services, LLC (n/k/a Corix Insurance Services, LLC) ("Corix"). Plaintiffs and Corix shall bear their own attorneys' fees and costs. No party has filed an answer or motion for summary judgment in this action.

1

2

Dated: April 21, 2026                    MCCARTER & ENGLISH, LLP

                                         /s/ *Travis J. Ferguson*
                                         Travis J. Ferguson (#6029)
                                         Amy R. Harriman (#7602)
                                         Renaissance Centre
                                         405 N. King Street, 8th Floor
                                         Wilmington, Delaware 19801
                                         (302) 984-6300
                                         tferguson@mccarter.com
                                         aharriman@mccarter.com

                                         *Counsel for Plaintiffs*
                                         *Technology Risk Retention Group, Inc.*
                                         *and Corgi Insurance Services, Inc.*