## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

TECHNOLOGY RISK RETENTION GROUP, INC., an Arizona corporation, CORGI INSURANCE SERVICES, INC., a Delaware corporation,

*Plaintiffs,*

v.

VOUCH, INC., a Delaware corporation, VOUCH SPECIALTY INSURANCE SERVICES, LLC, a Delaware limited liability company,  VOUCH  US INSURANCE SERVICES  HOLDINGS, LLC, a Delaware limited liability company, VOUCH RISK MANAGEMENT SERVICES, LLC, a Delaware limited liability company, KELLY  WULFF, an individual,  AUGMENTA ADVISORY, LLC, a Delaware limited liability company,

*Defendants.*

C.A. No. 1:26-cv-00426-RGA

## DECLARATION OF KELLY WULFF IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION

6218439

I, Kelly Wulff, declare as follows:

1.      I make this declaration in support of Defendants' Motion to Compel Arbitration (the "Motion").  I have personal knowledge of the facts set forth herein. If called as a witness, I could and would testify competently as to the facts stated herein.

2.      I am the Chief Legal & Administrative Officer at Vouch, Inc. ("Vouch"), a position I have held since September 2025. Prior to that, I served as Vouch's General Counsel from 2018-2025. I work out of Vouch's corporate headquarters at 250 Montgomery St., Suite #650, San Francisco, California 94104. I am also the owner and sole director of Augmenta Advisory, LLC ("Augmenta").

3.      I am not aware of Plaintiffs Corgi Insurance Services, Inc. or Technology Risk Retention Group, Inc. (jointly, "Plaintiffs") providing notice to me, Augmenta, Vouch, or any of the other defendants in this action of their intent to initiate an informal dispute resolution conference regarding the allegations in the complaint before filing this lawsuit.

4.      To my knowledge, Plaintiffs did not engage in any informal dispute resolution with any of the defendants, regarding the allegations in the complaint, before filing this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2026 at San Francisco, California.

By:   _/s/ Kelly Wulff_
          KELLY WULFF

1

6218439

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 4, 2026, a copy of the foregoing document

was served on the counsel listed below in the manner indicated:

**BY EMAIL**
Travis J. Ferguson
Amy R. Harriman
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 North King St., 8th Floor
Wilmington, DE 19801
tferguson@mccarter.com
aharriman@mccarter.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Robert M. Vrana*
Robert M. Vrana (No. 5666)
Parks L. Kingery (No. 7416)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
rvrana@ycst.com
pkingery@ycst.com

*Attorneys for Defendants Vouch, Inc., Vouch
Specialty Insurance Services, LLC, Vouch US
Insurance Services Holdings, LLC, Vouch Risk
Management Services, LLC, Kelly Wulff, and
Augmenta Advisory, LLC*
