## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TECHNOLOGY RISK RETENTION GROUP, INC., an Arizona corporation, CORGI INSURANCE SERVICES, INC., a Delaware corporation,<br><br>*Plaintiffs,*<br><br>v.<br><br>VOUCH, INC., a Delaware corporation, VOUCH SPECIALTY INSURANCE SERVICES, LLC, a Delaware limited liability company, VOUCH US INSURANCE SERVICES HOLDINGS, LLC, a Delaware limited liability company, VOUCH RISK MANAGEMENT SERVICES, LLC, a Delaware limited liability company, KELLY WULFF, an individual, AUGMENTA ADVISORY, LLC, a Delaware limited liability company<br><br>*Defendants.* | C.A. No. 1:26-cv-00426-RGA |

## DEFENDANTS' MOTION TO DISMISS

Defendants Vouch, Inc., Vouch Specialty Insurance Services, LLC, Vouch US Insurance Services Holdings LLC, Vouch Risk Management Services, LLC, Kelly Wulff, and Augmenta Advisory, LLC (collectively, "Defendants"), by and through their undersigned counsel, hereby move to dismiss Plaintiffs Technology Risk Retention Group, Inc. and Corgi Insurance Services, Inc.'s claims for federal and state trade secret misappropriation, civil conspiracy, unjust enrichment, fraud, and declaratory relief under Federal Rule of Civil Procedure 12(b)(6). The grounds for this Motion are set forth in the accompanying Opening Brief filed contemporaneously herewith.

June 4, 2026

OF COUNSEL:

KEKER, VAN NEST & PETERS LLP
Warren A. Braunig
Cody Gray
Jacqueline Concilla
Michaela Firmage
633 Battery Street
San Francisco, CA 94111
(415) 391-5400
wbraunig@keker.com
cgray@keker.com
jconcilla@keker.com
mfirmage@keker.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

 /s/ Robert M. Vrana
Robert M. Vrana (No. 5666)
Parks L. Kingery (No. 7416)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
rvrana@ycst.com
pkingery@ycst.com

*Attorneys for Defendants Vouch, Inc., Vouch
Specialty Insurance Services, LLC, Vouch US
Insurance Services Holdings, LLC, Vouch Risk
Management Services, LLC, Kelly Wulff, and
Augmenta Advisory, LLC*

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TECHNOLOGY RISK RETENTION GROUP, INC., an Arizona corporation, CORGI INSURANCE SERVICES, INC., a Delaware corporation,<br><br>*Plaintiffs,*<br><br>v.<br><br>VOUCH, INC., a Delaware corporation, VOUCH SPECIALTY INSURANCE SERVICES, LLC, a Delaware limited liability company, VOUCH US INSURANCE SERVICES HOLDINGS, LLC, a Delaware limited liability company, VOUCH RISK MANAGEMENT SERVICES, LLC, a Delaware limited liability company, KELLY WULFF, an individual, AUGMENTA ADVISORY, LLC, a Delaware limited liability company,<br><br>*Defendants.* | C.A. No. 1:26-cv-00426-RGA |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
TO DISMISS**

This matter having come before the Court by way of the Motion to Dismiss by Defendants

(the "Motion"), and the Court having considered the briefs and accompanying papers in support

of such Motion and all other papers submitted, and the Court having heard arguments of counsel,

if any, and good cause having been shown,

**IT IS HEREBY ORDERED** on this ___ day of _____, 2026, that Defendants'

Motion to Dismiss pursuant to 12(b)(6) is GRANTED in its entirety. Counts I, II, III, V, VI, and

VII of Plaintiffs' complaint are hereby DISMISSED with prejudice.

6207614

2

**SO ORDERED**, this _____ day of _____, 2026.

_____
Judge Richard G. Andrews
United States District Judge

2

6207614

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 4, 2026, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**
Travis J. Ferguson
Amy R. Harriman
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 North King St., 8th Floor
Wilmington, DE 19801
tferguson@mccarter.com
aharriman@mccarter.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Robert M. Vrana
Robert M. Vrana (No. 5666)
Parks L. Kingery (No. 7416)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
rvrana@ycst.com
pkingery@ycst.com

*Attorneys for Defendants Vouch, Inc., Vouch Specialty Insurance Services, LLC, Vouch US Insurance Services Holdings, LLC, Vouch Risk Management Services, LLC, Kelly Wulff, and Augmenta Advisory, LLC*