**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TECHNOLOGY RISK RETENTION GROUP, INC.**,** an Arizona corporation, CORGI INSURANCE SERVICES, INC.**,** a Delaware corporation,<br><br>*Plaintiffs,*<br><br>v.<br><br>VOUCH, INC., a Delaware corporation, VOUCH SPECIALTY INSURANCE SERVICES, LLC**,** a Delaware limited liability company, VOUCH US INSURANCE SERVICES HOLDINGS, LLC**,** a Delaware limited liability company, VOUCH RISK MANAGEMENT SERVICES, LLC**,** a Delaware limited liability company, KELLY WULFF**,** an individual, AUGMENTA ADVISORY, LLC, a Delaware limited liability company,<br><br>*Defendants.* | C.A. No. 26-426-RGA<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND [PROPOSED] ORDER RE: MOTION TO COMPEL**
**ARBITRATION AND MOTION TO DISMISS**

WHEREAS, on June 4, 2026, Defendants Vouch, Inc., Vouch Specialty Insurance Services, LLC, Vouch US Insurance Services Holdings, LLC, Vouch Risk Management Services, LLC**,** Kelly Wulff**,** and Augmenta Advisory, LLC (collectively, "Defendants") filed a Motion to Compel Arbitration and supporting papers (D.I. 18-20, "Motion to Compel") and a Motion to Dismiss and supporting papers (D.I. 21-23, "Motion to Dismiss") (together, "Motions");

WHEREAS, Plaintiffs Technology Risk Retention Group, Inc. and Corgi Insurance Services, Inc. (collectively, "Plaintiffs") subsequently filed an Amended Complaint (D.I. 24);

WHEREAS, the parties dispute the impact of the Amended Complaint on the pending Motion to Compel, and whether it mooted the Motion to Compel;

1

WHEREAS, the parties have nonetheless reached an agreement to resolve their dispute regarding the status of the Motion to Compel in order to avoid inefficient and unnecessary disputes;

WHEREAS, the parties have also reached an agreement to extend the deadline for Defendants to move, answer, or otherwise respond to the Amended Complaint; and

WHEREAS, the parties respectfully request an extension of the page limits on any opening brief in support of and answering brief in opposition to any motion to dismiss by five (5) pages so they can address the new claims asserted for the first time in the Amended Complaint.

IT IS HEREBY STIPULATED AND AGREED, by the parties, through their undersigned counsel, and subject to the approval of the Court, that:

1.  Defendants shall file a supplemental brief of no more than ten (10) pages in further support of the Motion to Compel to address the Amended Complaint no later than July 10, 2026;

2.  Plaintiffs shall file an answering brief in opposition to the Motion to Compel no later than July 31, 2026;

3.  Defendants shall file a reply brief in further support of the Motion to Compel no later than August 21, 2026;

4.  Defendants' deadline to move, answer, or otherwise respond to the Amended Complaint is extended through and including July 10, 2026;

5.  In the event that Defendants move to dismiss the Amended Complaint, Defendants shall have up to twenty-five (25) pages for their opening brief;

6.  In the event that Defendants move to dismiss the Amended Complaint, Plaintiffs shall file an answering brief in opposition to the motion to dismiss no later than

2

July 31, 2026, and Plaintiffs shall have up to twenty-five (25) pages for their answering brief; and

7.  In the event that Defendants move to dismiss the Amended Complaint, Defendants shall file a reply brief in further support of the motion to dismiss no later than August 21, 2026.

MCCARTER & ENGLISH, LLP

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Travis J. Ferguson*
Travis J. Ferguson (No. 6029)
Amy R. Harriman (No. 7602)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
tferguson@mccarter.com
aharriman@mccarter.com

*/s/ Robert M. Vrana*
Robert M. Vrana (No. 5666)
Parks L. Kingery (No. 7416)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
rvrana@ycst.com
pkingery@ycst.com

*Counsel for Plaintiffs*

*Counsel for Defendants*

Dated: June 26, 2026

SO ORDERED this _____ day of _____ 2026.

_____
The Honorable Richard G. Andrews
United States District Judge

3