**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TECHNOLOGY RISK RETENTION GROUP, INC., an Arizona corporation, CORGI INSURANCE SERVICES, INC., a Delaware corporation,<br><br>*Plaintiffs,*<br><br>*v.*<br><br>VOUCH, INC., a Delaware corporation, VOUCH SPECIALTY INSURANCE SERVICES, LLC, a Delaware limited liability company, VOUCH US INSURANCE SERVICES HOLDINGS, LLC, a Delaware limited liability company, VOUCH RISK MANAGEMENT SERVICES, LLC, a Delaware limited liability company, KELLY WULFF, an individual, AUGMENTA ADVISORY, LLC, a Delaware limited liability company,<br><br>*Defendants.* | C.A. No. 1:26-cv-00426-RGA |

<u>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION
TO DISMISS FIRST AMENDED COMPLAINT**</u>

Defendants Vouch, Inc., Vouch Specialty Insurance Services, LLC, Vouch US Insurance

Services Holdings, LLC, Vouch Risk Management Services, LLC, Kelly Wulff, and Augmenta

Advisory, LLC (collectively, the "Vouch Defendants") hereby submit this Request for Judicial

Notice in support of their concurrently-filed Motion to Dismiss First Amended Complaint.

Specifically, Defendants ask the Court to take judicial notice of the principal address of Vouch,

1

6256232

Inc., Vouch Specialty Insurance Services, LLC, and Vouch Risk Management Services, LLC, as reported in official filings with the California Secretary of State.[1]

Pursuant to Rule 201 of the Federal Rules of Evidence, a court may take judicial notice of any fact that is not subject to reasonable dispute because it can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b)(2). Courts in the Third Circuit will take judicial notice of matters of public record, including mandatory governmental filings, in resolving a Rule 12(b)(6) motion. *See, e.g.*, *Schmidt v. Skolas*, 770 F.3d 241, 249 (3d Cir. 2014) (noting that court may take judicial notice of SEC filings on a motion to dismiss); *City of Pittsburgh v. West Penn Power Co.*, 147 F.3d 256, 259 (3d Cir. 1998) (approving district court taking judicial notice of numerous documents relating to regulatory proceedings).

The Court should take judicial notice of the "Principal Address" of the Vouch Corporate Defendants, which is relevant to Corgi's attempted extraterritorial application of the Delaware Uniform Trade Secrets Act and the Delaware Deceptive Trade Practices Act. Corgi's First Amended Complaint pleads the state of incorporation of the Vouch Defendants, in Delaware (presumably based on Delaware Secretary of State filings), but is silent as to their principal place of business. California requires that out-of-state corporations and LLC's doing business in California file, respectively, an annual or biennial Statement of Information with the California Secretary of State, which includes the identification of a Principal Address for the corporation or LLC. Cal. Corp. Code § 2117(a)(3) (corporations); *id.* § 17702.09(a) (LLC's). Corporate entities

---

[1] Defendant Vouch US Insurance Services Holdings, LLC is a holding company and subsidiary of Vouch, Inc., so it does not file annual statements of information with the California Secretary of State.

6256232

are required to report information accurately in their California Secretary of State filings. *Id.* § 1502(j).

District courts routinely take judicial notice of information reflected in public filings with state offices like the Secretary of State. For example, in *Stein v. Matheson*, the district court took judicial notice of corporate filings with the California Secretary of State in order to determine the existence of diversity jurisdiction. 539 F. Supp. 3d 463, 470-71 & n.4 (E.D. Pa. 2021). Other district courts have similarly taken judicial notice of information in Secretary of State filings. *See, e.g.*, *Odrick v. Scully Co.*, 2018 WL 6044929, at *1 n.4 (E.D. Pa. Nov. 19, 2018) (taking judicial notice of search results with the Pennsylvania Secretary of State); *Nikolouzakis v. Exinda Corp.*, 2012 WL 3239853, at *5 (D. Del. Aug. 12, 2012) (taking judicial notice of Restated Certificate filed with the Delaware Secretary of State); *786 Challenger St. LLC v. Bombardier Aerospace Corp.*, 2021 WL 9598628, at *2 (D. Del. Jan. 27, 2021) (taking judicial notice of Certificate of Cancellation filed with the California Secretary of state); *cf. Oran v. Stafford*, 226 F.3d 275, 289 (3d Cir. 2000) (taking judicial notice of SEC filings).

The Vouch Defendants' Principal Addresses are reflected in official filings with the State of California that are publicly available through the business search tool on the California Secretary of State's website: https://bizfileonline.sos.ca.gov/search/business. True and correct copies are attached to this Notice as **Exhibits 1-3.**

Accordingly, Defendants request that the Court take judicial notice of:

1. Statement of Information, for Vouch, Inc., filed with the California Secretary of State on September 10, 2025, File Number BA20251818130, reflecting the principal address of Vouch, Inc. as 250 Montgomery Street #650, San Francisco, CA 94104. A true and correct copy is attached hereto as **Exhibit 1.**

6256232

2. Statement of Information, for Vouch Specialty Insurance Services, LLC, filed with the California Secretary of State on December 23, 2024, File Number BA20242249004, reflecting the principal address of Vouch Specialty Insurance Services, LLC as 3739 Balboa Street #1073, San Francisco, CA 94121. A true and correct copy is attached hereto as **Exhibit 2.**

3. Statement of Information, for Vouch Risk Management Services, LLC, filed with the California Secretary of State on July 24, 2025, File Number BA20251529662, reflecting the principal address of Vouch Risk Management Services, LLC as 250 Montgomery Street #650, San Francisco, CA 94104. A true and correct copy is attached hereto as **Exhibit 3.**

These are public documents, there is no reason to doubt their authenticity, and in connection with filing each Statement of Information, the company signed an affirmation that the included information was "true and correct," an affirmation that appears on the face of the filing.

Accordingly, Defendants respectfully request that the Court grant this request for judicial notice.

4

6256232

July 10, 2026

OF COUNSEL:

KEKER, VAN NEST & PETERS LLP
Warren A. Braunig
Cody Gray
Jacqueline Concilla
Michaela Firmage
633 Battery Street
San Francisco, CA 94111
(415) 391-5400
wbraunig@keker.com
cgray@keker.com
jconcilla@keker.com
mfirmage@keker.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Robert M. Vrana*
Robert M. Vrana (No. 5666)
Parks L. Kingery (No. 7416)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
rvrana@ycst.com
pkingery@ycst.com

*Attorneys for Defendants Vouch, Inc., Vouch*
*Specialty Insurance Services, LLC, Vouch*
*US Insurance Services Holdings, LLC,*
*Vouch Risk Management Services, LLC,*
*Kelly Wulff, and Augmenta Advisory, LLC*

5

6256232

# Exhibit 1

BA20251818130



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**CORPORATION**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: BA20251818130

Date Filed: 9/10/2025

B3999-5739 09/10/2025 10:57 AM Received by California Secretary of State

| Entity Details | |
|---|---|
| Corporation Name | VOUCH, INC. |
| Entity No. | 4215181 |
| Formed In | DELAWARE |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 250 MONTGOMERY STREET #650 SAN FRANCISCO, CA 94104 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 250 MONTGOMERY STREET #650 SAN FRANCISCO, CA 94104 |
| Attention | |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | 3739 BALBOA ST, #1073 SAN FRANCISCO, CA 94121 |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| + Samuel Hodges | 250 MONTGOMERY STREET #650 SAN FRANCISCO, CA 94104 | Chief Executive Officer |
| + Kellyn Wulff | 250 MONTGOMERY STREET #650 SAN FRANCISCO, CA 94104 | Secretary |
| + Joseph Magdovitz | 250 MONTGOMERY STREET #650 SAN FRANCISCO, CA 94104 | Chief Financial Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| None Entered | |

The number of vacancies on Board of Directors is: 0

| Agent for Service of Process | |
|---|---|
| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM Registered Corporate 1505 Agent |

| Type of Business | |
|---|---|
| Type of Business | Insurance-related activities |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

Labor Judgment

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Justin Gould*                                    *09/10/2025*

Signature                                         Date

B3999-5740  09/10/2025 10:57 AM Received by California Secretary of State

# Exhibit 2

BA20242249004




**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20242249004 |
| Date Filed: 12/23/2024 |

| Entity Details | |
| --- | --- |
| Limited Liability Company Name | VOUCH SPECIALTY INSURANCE SERVICES, LLC |
| Entity No. | 202108810068 |
| Formed In | DELAWARE |

| Street Address of Principal Office of LLC | |
| --- | --- |
| Principal Address | 3739 BALBOA ST, #1073 SAN FRANCISCO, CA 94121 |

| Mailing Address of LLC | |
| --- | --- |
| Mailing Address | 3739 BALBOA ST, #1073 SAN FRANCISCO, CA 94121 |
| Attention | |

| Street Address of California Office of LLC | |
| --- | --- |
| Street Address of California Office | 3739 BALBOA ST, #1073 SAN FRANCISCO, CA 94121 |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
| --- | --- |
| ▪ Chad Nitschke | 3739 BALBOA ST, #1073 SAN FRANCISCO, CA 94121 |
| ▪ Travis Hedge | 3739 BALBOA ST, #1073 SAN FRANCISCO, CA 94121 |
| ▪ VOUCH US INSURANCE SERVICES HOLDINGS, LLC | 3739 BALBOA ST, #1073 SAN FRANCISCO, CA 94121 |

| Agent for Service of Process | |
| --- | --- |
| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM Registered Corporate 1505 Agent |

| Type of Business | |
| --- | --- |
| Type of Business | INSURANCE-RELATED ACTIVITIES |

| Email Notifications | |
| --- | --- |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
| --- | --- |

**Labor Judgment**

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

B3291-0447 12/23/2024 10:34 AM Received by California Secretary of State

Electronic Signature

☒   By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*KARA KOROSEC*                                   *12/23/2024*

Signature                                                Date

B3291-0448 12/23/2024 10:34 AM Received by California Secretary of State

# **Exhibit 3**

BA20251529662

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: BA20251529662

Date Filed: 7/24/2025

| Entity Details | |
| --- | --- |
| Limited Liability Company Name | VOUCH RISK MANAGEMENT SERVICES, LLC |
| Entity No. | 201924710213 |
| Formed In | DELAWARE |

| Street Address of Principal Office of LLC | |
| --- | --- |
| Principal Address | 250 MONTGOMERY STREET<br>#650<br>SAN FRANCISCO, CA 94104 |

| Mailing Address of LLC | |
| --- | --- |
| Mailing Address | 250 MONTGOMERY STREET<br>#650<br>SAN FRANCISCO, CA 94104 |
| Attention | |

| Street Address of California Office of LLC | |
| --- | --- |
| Street Address of California Office | 250 MONTGOMERY STREET<br>#650<br>SAN FRANCISCO, CA 94104 |

Manager(s) or Member(s)

| Manager or Member Name | Manager or Member Address |
| --- | --- |
| + Samuel Hodges | 250 MONTGOMERY STREET<br>#650<br>SAN FRANCISCO, CA 94104 |
| + Kellyn Wulff | 250 MONTGOMERY STREET<br>#650<br>SAN FRANCISCO, CA 94104 |
| + Vouch Inc. | 250 MONTGOMERY STREET<br>#650<br>SAN FRANCISCO, CA 94104 |

| Agent for Service of Process | |
| --- | --- |
| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM<br>Registered Corporate 1505 Agent |

| Type of Business | |
| --- | --- |
| Type of Business | Risk management software and related services |

| Email Notifications | |
| --- | --- |
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

Chief Executive Officer (CEO)

| CEO Name | CEO Address |
| --- | --- |
| None Entered | |

Labor Judgment

B3880-5648 07/24/2025 10:25 AM Received by California Secretary of State

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Justin Gould*                                                  *07/24/2025*

Signature                                                       Date

B3880-5649 07/24/2025 10:25 AM Received by California Secretary of State

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 10, 2026, a copy of the foregoing document

was served on the counsel listed below in the manner indicated:

**BY EMAIL**
Travis J. Ferguson
Amy R. Harriman
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 North King St., 8th Floor
Wilmington, DE 19801
tferguson@mccarter.com
aharriman@mccarter.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Robert M. Vrana*
Robert M. Vrana (No. 5666)
Parks L. Kingery (No. 7416)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
rvrana@ycst.com
pkingery@ycst.com

*Attorneys for Defendants Vouch, Inc., Vouch
Specialty Insurance Services, LLC, Vouch US
Insurance Services Holdings, LLC, Vouch Risk
Management Services, LLC, Kelly Wulff, and
Augmenta Advisory, LLC*