**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TECHNOLOGY RISK RETENTION GROUP, INC., an Arizona corporation, CORGI INSURANCE SERVICES, INC., a Delaware corporation,<br><br>*Plaintiffs,*<br><br>v.<br><br>VOUCH, INC., a Delaware corporation, VOUCH SPECIALTY INSURANCE SERVICES, LLC, a Delaware limited liability company, VOUCH US INSURANCE SERVICES HOLDINGS, LLC, a Delaware limited liability company, VOUCH RISK MANAGEMENT SERVICES, LLC, a Delaware limited liability company, KELLY WULFF, an individual, AUGMENTA ADVISORY, LLC, a Delaware limited liability company,<br><br>*Defendants.* | C.A. No. 26-426-RGA<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT ON MOTION TO STRIKE EXTRANEOUS ACCUSATIONS IN DEFENDANTS' MOTION TO DISMISS BRIEFING**

Pursuant to D. Del. LR 7.1.4, Plaintiffs Technology Risk Retention Group, Inc. ("TRRG") and Corgi Insurance Services, Inc. (together with TRRG, "Plaintiffs") respectfully request oral argument on their Motion to Dismiss Extraneous Accusations in Defendants' Motion to Dismiss Briefing. D.I. 31. Briefing on the motion is complete, and the parties' submissions may be found at D.I. 31, D.I. 34, and D.I.35. Plaintiffs served the reply brief on August 21, 2026.



ME1\62643125.v1

Dated: August 28, 2026

MCCARTER & ENGLISH, LLP

*/s/ Travis J. Ferguson*
Travis J. Ferguson (No. 6029)
Amy R. Harriman (No. 7602)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
tferguson@mccarter.com
aharriman@mccarter.com

*Counsel for Plaintiffs*