**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TECHNOLOGY RISK RETENTION GROUP, INC., an Arizona corporation, CORGI INSURANCE SERVICES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>VOUCH, INC., a Delaware corporation, VOUCH SPECIALTY INSURANCE SERVICES, LLC, a Delaware limited liability company, VOUCH US INSURANCE SERVICES HOLDINGS, LLC, a Delaware limited liability company, VOUCH RISK MANAGEMENT SERVICES, LLC, a Delaware limited liability company, KELLY WULFF, an individual, AUGMENTA ADVISORY, LLC, a Delaware limited liability company,<br><br>Defendants. | C.A. No. 1:26-cv-00426-RGA |

**DEFENDANTS' SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV .P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants hereby state the following:

1. Defendant Vouch Specialty Insurance Services, LLC is a wholly owned subsidiary of Vouch US Insurance Services Holdings, LLC;

2. Defendants Vouch US Insurance Holdings, LLC and Vouch Risk Management Services LLC are wholly owned subsidiaries of Vouch Group, Inc. (formerly known as Vouch, Inc.);

3. Vouch Group, Inc. (formerly known as Vouch, Inc.) has no parent company and no publicly traded company owns 10% or more of its stock; and

4. Defendant Augmenta Advisory, LLC ("Augmenta") has no parent company and no publicly traded company owns 10% or more of Augmenta's stock.

Dated: October 21, 2026

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert M. Vrana*
Robert M. Vrana (No. 5666)
Parks Kingery (No. 7416)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
rvrana@ycst.com
pkingery@ycst.com

Attorneys for Defendants Vouch, Inc., Vouch Specialty Insurance Services LLC, Vouch US Insurance Services Holdings LLC, Vouch Risk Management Services LLC, Kelly Wulff and Augmenta Advisory LLC

*Of Counsel:*

KEKER, VAN NEST & PETERS LLP
Warren A. Braunig
Cody Gray
Jacqueline Concilla
Michaela M. Firmage
633 Battery Street
San Francisco, California 94111
(415) 391-5400
wbraunig@keker.com
cgray@keker.com
jconcilla@keker.com
mfirmage@keker.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 21, 2026, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**
Travis J. Ferguson
Amy R. Harriman
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 North King St., 8th Floor
Wilmington, DE 19801
tferguson@mccarter.com
aharriman@mccarter.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Robert M. Vrana*
Robert M. Vrana (No. 5666)
Parks L. Kingery (No. 7416)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
rvrana@ycst.com
pkingery@ycst.com

*Attorneys for Defendants Vouch, Inc., Vouch Specialty Insurance Services, LLC, Vouch US Insurance Services Holdings, LLC, Vouch Risk Management Services, LLC, Kelly Wulff, and Augmenta Advisory, LLC*